Leslie Van Frank (Bar No. 4913)
**COHNE, RAPPAPORT & SEGAL P.C.**
257 East 200 South, Suite 700
P.O. Box 11008
Salt Lake City, Utah 84147-0008
Telephone (801) 532-2666
Facsimile (801) 355-1813
leslie@crslaw.com
Attorneys for substituted Plaintiff Fidelity National Title Insurance Co.

David R. Nielson (Bar No. 6010)
Stevan R. Baxter (Bar No. 12027)
OLSEN SKOUBYE &NIELSON, LLC
999 E. Murray-Holladay Rd., Suite 200
Salt Lake City, Utah 84117
Telephone (801) 365-1030
Facsimile: (801) 365-1021
david@osnlaw.com
stevan@osnlaw.com
Attorneys for Plaintiff Muddy Boys, Inc.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MUDDY BOYS, INC. and FIDELITY NATIONAL TITLE INSURANCE COMPANY, <br><br> Plaintiffs, <br> v. <br><br> J. BALLARD HOMES, INC., et al. <br><br> Defendants. | **JUDGMENT** <br><br> Civil No. 2:10-cv-441 |

    The motion of Plaintiffs Muddy Boys, Inc. and Fidelity National Title Insurance Company for entry of judgment against Defendant J. Ballard Homes, Inc. having come before the Court and for good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment in the total amount of $199,855.29 is entered against J. Ballard Homes, and in favor of Muddy Boys, Inc. and Fidelity National Title Insurance Company, allocated as follows:

| | |
|---|---|
| Total Judgment to Muddy Boys | $89,053.78 |
| Total Judgment to Fidelity | $110,801.51 |
| **JUDGMENT AMOUNT TOTAL** | **$199,855.29** |

Post-judgment interest at the statutory rate of 0.18% per annum shall accrue until the judgment is fully paid.

DATED this 19th day of April, 2012.

BY THE COURT:

_____
Hon. Ted Stewart
District Court Judge

APPROVED AS TO FORM AND CONTENT:

OLSEN SKOUBYE & NIELSON, LLC

/s/ *signed by filing attorney with permission of*
   *Mr. Baxter*
_____
Stevan R. Baxter
Attorneys for Plaintiff Muddy Boys

COHNE, RAPPAPORT & SEGAL

/s/_____
Leslie Van Frank
Attorneys for Plaintiff Fidelity